UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LEVERN ALLEN, ) | |
| ) | |
| Plaintiff, ) | 2:10-cv-1808-PMP-RJJ |
| ) | |
| vs. ) | |
| ) | |
| YOUR BABY CAN LLC, *et al.*, ) | O R D E R |
| ) | |
| Defendant, ) | |

This matter is before the Court on an Application to Proceed in District Court Without Prepaying Fees or Costs (#1).

The Court having reviewed the Application (#1) and the proposed complaint attached thereto and good cause appearing therefore,

IT IS HEREBY ORDERED that a status hearing is scheduled for November 18, 2010, at 1:30 PM in courtroom3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that only Plaintiff, Levern Allen, is required to appear in Court for this hearing. Plaintiff is advised that failure to appear for this hearing may result in a recommendation that this case be dismissed.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the Plaintiff by certified mail, return receipt requested.

DATED this   26th   day of October, 2010.

ROBERT J. JOHNSTON
United States Magistrate Judge